*Manly Fleischmann, Albert R. Mugel* and *Harold P. Kelly* for appellant.

*Charles F. Boine* and *Thomas E. Delahunt* for respondent.

Order affirmed, with costs to respondent payable by appellant individually; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

HETTY S. PHILLIPS, Appellant, *v* ABRAHAM L. OLTARSH, Respondent.

Argued January 5, 1949; decided January 13, 1949.

*Max Herschaft* for appellant.

*Herbert G. Friedgen, John A. Pateracki, Jr.,* and *William R. Geiler* for respondent.

Order affirmed, with costs and judgment absolute directed against appellant in accordance with the stipulation. No opinion. [See 298 N. Y. 922.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJA-MIN FELDMAN, Appellant.

Argued October 6, 1948; reargument ordered January 13, 1949.

Reargument ordered and case set down for reargument during the next session.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STEPHEN J. SANZONE, Appellant.

Argued October 13, 1948; decided January 13, 1949.